NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM S. PERATINO, JAMIE M.                )
SAUNDERS and DEBBIE MEMOLI,                  )
                                             )
        Appellants,                          )
                                             )
v.                                           )        Case No. 2D18-2524
                                             )
LEE COUNTY MOSQUITO                          )
CONTROL DISTRICT, an                         )
independent special district; and           )
LEE COUNTY, FLORIDA,                         )
a political subdivision of Florida,          )
                                             )
        Appellees.                           )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Lee
County; Robert J Branning, Judge.

Pamela Jo Hatley of Pamela Jo Hatley
PA, Tampa, for Appellants.

Douglas B. Szabo and John A. Noland,
of Henderson, Franklin, Starnes & Holt,
P.A., Fort Myers, for Appellees.


PER CURIAM.

        Affirmed.


SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.